## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MICHAEL D. ROBERTSON**
**ADC # 136346**                                                                                    **PLAINTIFF**

**V.**                              **CASE NO.: 1:11CV00024 SWW/BD**

**JOE PAGE, III AND JOHN MAPLES, JR.**                              **DEFENDANTS**


## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 6th day of April, 2011.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE